Form to be used by a Prisoner in Filing Complaint under the Civil right Act 42 U.C.S. 1983

**ORIGINAL**

United States District Court
District of Delaware

Dailey Sr. Donald
Enter above the full name of the Plaintiff in this Action

V.

Chasanov William
Enter above the full name of the Defendant in this Action



05-848

Previous lawsuits

A. Have you begun other lawsuits in state or federal Court dealing with the same facts involved in this Action or otherwise related to your imprisonment? NO

B. If your answer to A is Yes describe the lawsuit in the space below. If there is more than one lawsuit, describe the lawsuit on another piece of paper, using the same outline.

1. Parties to this previous lawsuit

   Plaintiff    N/A
   Defendant    N/A

V. Relief

(State briefly exactly, what you want the Court to do for you make no legal argument. cities no cases or statutes.

I would like for the Court to Grant me the sum of $300,000.00 for Pain suffering due to his ineffective counselor his as cause my health took take a Bad turn.

Signed 24th day of November 2005

_Donald Dailey Sr._
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

November 22, 2005

_Donald Dailey Sr._
Signature of Plaintiff

United States District Court
District of Delaware

Donald L. Dailey, Sr.
          Plaintiff
V.

William Chasanov
          Defendants

## Certificate of Service

I certify that, on this Date two copies of Plaintiff Motion for lawsuit were served. By mail, on the following individual:

William Chasanov
10 East Pine Street
Georgetown, Delaware
19947

November 28, 2005

_Donald L. Dailey Sr._

FM: Donald Dailey Sr.  BLDG. Key A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

SB: # 257458



Office of Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
      19801-3570