## View Inmate Transactions

Enter SBI: 00257458    Enter Last Name:

Business Office Comments:

| SBI | LName | FName | MN | Suffix | BldgId | CurrentBa | Med_Hol | NonMed |
|---|---|---|---|---|---|---|---|---|
| 00257458 | DAILEY | DONALD | L | | KEY A | $702.96 | $0.00 | ($0.23) |

05-848

| SBI | TransName | Amt | TransDt | SourceName |
|---|---|---|---|---|
| 00257458 | Committed | $0.00 | 10/23/2002 | |
| 00257458 | Visit MO | $40.00 | 10/25/2002 | LINDA DAILEY |
| 00257458 | Commissary | ($25.79) | 10/30/2002 | |
| 00257458 | Commissary | ($8.59) | 11/6/2002 | |
| 00257458 | Visit MO | $20.00 | 11/8/2002 | MICHELLE JESSUP |
| 00257458 | Commissary | ($10.14) | 11/13/2002 | |
| 00257458 | Visit MO | $20.00 | 11/18/2002 | LINDA DAILEY |
| 00257458 | Medical | $0.00 | 11/20/2002 | |
| 00257458 | Medical | ($4.00) | 11/20/2002 | |
| 00257458 | Commissary | ($9.49) | 11/20/2002 | |
| 00257458 | Visit MO | $100.00 | 11/22/2002 | CAROL DUVAL |
| 00257458 | Commissary | ($61.68) | 11/27/2002 | |
| 00257458 | Commissary | ($12.00) | 12/4/2002 | |
| 00257458 | Commissary | ($10.13) | 12/11/2002 | |
| 00257458 | Medical | $0.00 | 12/16/2002 | |
| 00257458 | Medical | ($4.00) | 12/16/2002 | |
| 00257458 | Commissary | ($10.94) | 12/18/2002 | |
| 00257458 | Mail MO | $25.00 | 12/19/2002 | CHRISTINE POTTS |
| 00257458 | Medical | $0.00 | 12/23/2002 | |
| 00257458 | Medical | ($4.00) | 12/23/2002 | |
| 00257458 | Commissary | ($8.93) | 12/27/2002 | |
| 00257458 | Visit MO | $15.00 | 12/31/2002 | LINDA DAILEY |
| 00257458 | Commissary | ($6.68) | 1/3/2003 | |
| 00257458 | Visit MO | $20.00 | 1/6/2003 | LILLIAN DAILEY |
| 00257458 | Commissary | ($3.92) | 1/8/2003 | |
| 00257458 | Commissary | ($12.98) | 1/15/2003 | |
| 00257458 | Visit MO | $50.00 | 1/21/2003 | CAROL DUVAL |
| 00257458 | Visit MO | $30.00 | 1/21/2003 | LINDA DAILEY |
| 00257458 | Commissary | ($10.80) | 1/22/2003 | |
| 00257458 | Commissary | ($23.77) | 1/29/2003 | |
| 00257458 | Payroll | $22.76 | 2/4/2003 | |
| 00257458 | Commissary | ($25.97) | 2/5/2003 | |
| 00257458 | Commissary | ($28.46) | 2/12/2003 | |
| 00257458 | Visit MO | $50.00 | 2/14/2003 | CAROLYN DUVAL |
| 00257458 | Visit MO | $500.00 | 2/24/2003 | MICHELE JESSEP |

FILED
JAN - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| SBI | TransName | Amt | TransDt | SourceName |
|---|---|---|---|---|
| 00257458 | Postage | ($4.30) | 5/26/2005 | |
| 00257458 | Postage | ($3.35) | 5/26/2005 | |
| 00257458 | Copies | ($0.25) | 5/26/2005 | |
| 00257458 | Pay-To | ($8.75) | 6/7/2005 | |
| 00257458 | Postage | $0.00 | 6/1/2005 | |
| 00257458 | Visit MO | $25.00 | 6/7/2005 | CHRISTINE POTTS |
| 00257458 | Reimbursement | $6.00 | 6/7/2005 | MEDICAL CO-PAY |
| 00257458 | Commissary | ($18.38) | 6/7/2005 | |
| 00257458 | Mail MO | $25.00 | 6/10/2005 | MERI DAILEY |
| 00257458 | Visit MO | $25.00 | 6/14/2005 | CHRISTINE POTTS |
| 00257458 | Commissary | ($34.74) | 6/14/2005 | |
| 00257458 | Postage | $0.00 | 6/22/2005 | |
| 00257458 | Visit MO | $25.00 | 6/23/2005 | CHRISTINE POTTS |
| 00257458 | Visit MO | $25.00 | 6/28/2005 | CHRISTINE POTTS |
| 00257458 | Postage | ($2.53) | 6/28/2005 | |
| 00257458 | Postage | ($2.07) | 6/28/2005 | |
| 00257458 | Postage | $0.00 | 7/5/2005 | |
| 00257458 | Visit MO | $25.00 | 7/6/2005 | CHRISTINE POTTS |
| 00257458 | Commissary | ($56.55) | 7/7/2005 | |
| 00257458 | Visit MO | $25.00 | 7/13/2005 | CHRIS POTTS |
| 00257458 | Commissary | ($24.69) | 7/14/2005 | |
| 00257458 | Visit MO | $25.00 | 7/20/2005 | CHRISTINE POTTS |
| 00257458 | Commissary | ($43.21) | 7/21/2005 | |
| 00257458 | Postage | $0.00 | 7/25/2005 | |
| 00257458 | Mail MO | $10.00 | 7/26/2005 | ARLENE FOWLER |
| 00257458 | Visit MO | $25.00 | 7/27/2005 | CHRISTINE POTTS |
| 00257458 | Postage | ($0.46) | 7/27/2005 | |
| 00257458 | Postage | ($0.92) | 7/27/2005 | |
| 00257458 | Commissary | ($21.59) | 7/28/2005 | |
| 00257458 | Visit MO | $25.00 | 8/3/2005 | CHRISTINE POTTS |
| 00257458 | Commissary | ($34.98) | 8/4/2005 | |
| 00257458 | Copies | $0.00 | 8/8/2005 | |
| 00257458 | Visit MO | $25.00 | 8/10/2005 | CHRISTINE POTTS |
| 00257458 | Commissary | ($24.05) | 8/11/2005 | |
| 00257458 | Postage | $0.00 | 8/12/2005 | |
| 00257458 | Visit MO | $25.00 | 8/17/2005 | CHRISTINE POTTS |
| 00257458 | Commissary | ($13.99) | 8/18/2005 | |
| 00257458 | Visit MO | $25.00 | 8/24/2005 | CHRISTINE POTTS |
| 00257458 | Copies | $0.00 | 8/24/2005 | |
| 00257458 | Copies | ($1.75) | 8/29/2005 | |
| 00257458 | Postage | ($0.46) | 8/29/2005 | |
| 00257458 | Copies | ($0.50) | 8/29/2005 | |
| 00257458 | Visit MO | $20.00 | 8/31/2005 | CHRISTINE POTTS |
| 00257458 | Pay-To | ($50.00) | 9/1/2005 | GREG ADAM |
| 00257458 | Mail MO | $10.00 | 9/2/2005 | ARLENE FOWLER |
| 00257458 | Visit MO | $25.00 | 9/7/2005 | CHRISTINE POTTS |
| 00257458 | Pay-To | ($40.00) | 9/8/2005 | BEV LITTLETON |

| SBI | TransName | Amt | TransDt | SourceName |
|---|---|---|---|---|
| 00257458 | Copies | $0.00 | 9/9/2005 | |
| 00257458 | Commissary | ($5.30) | 9/12/2005 | |
| 00257458 | Visit MO | $25.00 | 9/13/2005 | CHRISTINE POTTS |
| 00257458 | Copies | $0.00 | 9/13/2005 | |
| 00257458 | Visit MO | $25.00 | 9/21/2005 | CHRISTINE POTTS |
| 00257458 | Visit MO | $25.00 | 9/27/2005 | CHRISTINE POTTS |
| 00257458 | Copies | ($4.50) | 9/27/2005 | |
| 00257458 | Copies | ($3.00) | 9/27/2005 | |
| 00257458 | Commissary | ($6.45) | 10/3/2005 | |
| 00257458 | Visit MO | $20.00 | 10/4/2005 | CHRISTINE POTTS |
| 00257458 | Postage | $0.00 | 10/6/2005 | |
| 00257458 | Postage | $0.00 | 10/6/2005 | |
| 00257458 | Postage | $0.00 | 10/6/2005 | |
| 00257458 | Visit MO | $20.00 | 10/11/2005 | MICHELE JESSUP |
| 00257458 | Commissary | ($20.18) | 10/17/2005 | |
| 00257458 | Visit MO | $25.00 | 10/18/2005 | CHRISTINE POTTS |
| 00257458 | Commissary | ($31.74) | 10/24/2005 | |
| 00257458 | Postage | $0.00 | 10/25/2005 | |
| 00257458 | Visit MO | $25.00 | 10/26/2005 | CHRISTINE POTTS |
| 00257458 | Postage | ($0.69) | 10/27/2005 | |
| 00257458 | Postage | ($0.69) | 10/27/2005 | |
| 00257458 | Postage | ($0.69) | 10/27/2005 | |
| 00257458 | Postage | ($0.92) | 10/27/2005 | |
| 00257458 | Visit MO | $20.00 | 10/28/2005 | MICHELE JESSUP |
| 00257458 | Visit MO | $25.00 | 11/1/2005 | CHRISTINE POTTS |
| 00257458 | Postage | $0.00 | 11/1/2005 | |
| 00257458 | Commissary | ($53.56) | 11/7/2005 | |
| 00257458 | Postage | $0.00 | 11/8/2005 | |
| 00257458 | Commissary | ($20.21) | 11/14/2005 | |
| 00257458 | Visit MO | $95.00 | 11/15/2005 | CHRISTINE POTTS |
| 00257458 | Commissary | ($5.68) | 11/21/2005 | |
| 00257458 | Postage | $0.00 | 11/28/2005 | |
| 00257458 | Commissary | ($30.72) | 11/28/2005 | |
| 00257458 | Postage | ($0.69) | 11/29/2005 | |
| 00257458 | Postage | ($3.35) | 11/29/2005 | |
| 00257458 | Postage | ($3.35) | 11/29/2005 | |
| 00257458 | Visit MO | $25.00 | 11/29/2005 | CHRISTINE POTTS |
| 00257458 | Pay-To | ($150.00) | 12/1/2005 | CLERK, US DISTRICT COURT |
| 00257458 | Postage | $0.00 | 12/5/2005 | |
| 00257458 | Visit MO | $20.00 | 12/5/2005 | SHANNON BANKS |
| 00257458 | Commissary | ($30.38) | 12/5/2005 | |
| 00257458 | Commissary | ($32.55) | 12/12/2005 | |
| 00257458 | Visit MO | $50.00 | 12/13/2005 | CHRISTINE POTTS |
| 00257458 | Commissary | ($16.66) | 12/19/2005 | |
| 00257458 | Visit MO | $40.00 | 12/20/2005 | CHRISTINE POTTS |
| 00257458 | Visit MO | $29.00 | 12/27/2005 | CHRISTINE POTTS |

I/M: Donald Dailey   BLDG: Key-A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

United States District Court
844 N. King Street
Lockbox 18
Wilmington, Delaware
19801