To: Judge Joseph J. Farnan Jr.                    12-29-05

This is my trust fund inmate account
statement, that the courts ask for in the
attached letter that was sent to me on 12-16-05,
Could you please send me a copie of
the attached letter that was sent to me
and signed on 12-16-05.

                    Thank you Very Much.
                    for your time & concerns.
                    Mr. Donald Dailey Sr
                        Donald Dailey SR.
                    SBI # 00257458
                    Key South Bldg — A Quad
                    Case # 1:05-CV-848 J.J.F.

FILED

JAN - 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE