To Peter T. Dalleo                                              1-10-06

I received this same letter again, I just received this letter approx. on Dec. ? 05, I then mailed you a copy of my prison trust fund account statement for the six-month period, showing also I paid $150.00 filing fee, so would you please check your docket sheet now showing this. Please let me know in the meanwhile if there is anything else the courts may need.

                Thank you Very Much
                For your Time & Concerns
                Mr. Donald Dailey Sr.

Civil Action No, 05-848-JJF         SBI# 002574S8

[Stamp: FILED 2006 JAN 12 PM 3:25 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]

I/M: Donald Dailey SR BLDG: Key-A
SUSSEX CORRECTIONAL INSTITUTION
SBI# 00257458
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390 JAN 11 06

Office of the Clerk
United States District Court U.S.M.S. X-RAY
844 N King Street Lockbox 18
Wilmington, Delaware
19801-3570