2-6-06

Dear MR. Dallo,

Here is my filing fee of $250.00 for my Civil Action Case no: 05-848-JJF.

Also MR. Dallo, I would like to know the status of my Civil Action Case no: 03-923 JJF. Thank You So Much For Your Time & Concerns

Mr. Donald Dailey Sr.
SBI #00254458
Bldg. Merit West

I/M: Donald Dailey SBLDG: Merit West
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

```
*00*
1776  U.S. POSTAGE  PB2230370
7990  $00.390      FEB 14 06
9745                 19947
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
LockBox 18, 844 King ST, U.S. CourtHouse
Wilmington, Delaware
19801-3570