OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 16, 2006

```
TO:  Donald L. Dailey, Sr.
     SBI #257458
     SCI
     P.O. Box 500
     Georgetown, DE 19947
```

**RE: *Status Letter; 03-923 and 05-848(JJF)***

Dear Mr. Dailey:

    This office received a letter from you requesting the status of case 03-923. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court. You will be advised by the Court as to further developments in your case. Enclosed please find a docket sheet for the above mentioned case.

    A letter was received enclosing payment for case 05-848 in the amount of $250.00 on 2/15/06. Enclosed please find a receipt for payment of the filing fee.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

    Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc. Docket Sheet; Receipt