May 10, 2006

Clerk
U.S. District Court
844 King Street
Wilm., DE 19801

Re: Dailey v. First Corrections Medical, et al
C. Dock. Case No. 1:03-cv-00923-JJF
Related Case: 1:05-cv-00848-JJF

Dear Clerk:

This is a status check inquiring about the stage of proceedings.
My thanks!

Sincerely Yours,

Donald Dailey, Sr.
Donald Dailey, Sr.
S.C.I. Box 500
Georgetown, DE 19947

FILED
MAY 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

x.c.
dd, sr./file

I/M: Donald Dailey BLDG: Med
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

```
*****                    ** **
 1926  U.S.POSTAGE  PB22230370
 7953  $00.390     MAY 11 06
 2898  FROM ZIP CODE     19947
```

Clerk
District Court
844 King Street
Wilm DE
19801