OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 19, 2006

TO: Donald L. Dailey, Sr.
     SBI #257458
     SCI
     P.O. Box 500
     Georgetown, DE 19947

   **RE: *Status Letter; 05-848(JJF)***

Dear Mr. Dailey:

   This office received a letter from you requesting the status of case 05-848. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and was closed on 3/15/06 per D.I. 9. Enclosed please find a docket sheet for the above mentioned case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                   Sincerely,

/bad                               PETER T. DALLEO
                                   CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc. Docket Sheet