11-20-07

To THE Clerk of Court,        05-848 (JJF)

Please may I request a copie of my Complaint filed pursuant to 42:1983 against Attorney William Chasanov, and entered on 12-08-2005. Case assigned to Judge Joseph J. Farnan, Jr. (JJF) Case number #: 1:05-CV-00848-JJF., date filed was 12-6-2005. Nature of suit: 550 Prisoner Civil Rights, Jurisdiction: Federal Question.



Please the reason I am requesting a copie of the order is, because it is also relevant to my criminal case that I now have in the U.S. District Court, District of Delaware Case number 1:07-CV-462, Dailey v. Carroll et al Habeas Corpus Case that Judge Joseph J. Farnan, Jr. is now also assigned to case # 1:07-CV-462-(JJF).

I was transferred from S.C.I. Inst. Georgetown Delaware, to here at D.C.C. Inst. Smyrna, Delaware and upon my movement the Inst's. Say they can not find my papers in which (were) with all my property, So may I have a complete copie of this order case #: 1:05-CV-00848-(JJF, JR.)

Thank You So much For
For Your Time and Concerns.
                    Mr. Donald Dailey, Jr.
              SBI # 257458
Building 18-BTier   Delaware Correctional Center
Handicapped cell   1181 Paddock Rd, Smyrna, Delawar 19977

INMR. Donald Dailey SR.
SBI# 257458   UNIT 18-Btier-Handicapped Cell
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 NOV 2007 PM 2 L

To: Office of the clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

1980143570