OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 27, 2007

TO:

**Donald L. Dailey, Sr.**
SBI #257458
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: *Request for Copy of D.I. #1, CA 05-848 JJF*

Dear Mr. Dailey:

   A letter has been received by the Clerk's office from you requesting a copy of D.I. #1 (Complaint) from the above noted civil action.

   A copy of the item requested is enclosed, free of charge for this request only. Should you require copies in the future, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/rbe                          PETER T. DALLEO
                              CLERK

Encl: D.I. #1
cc:   The Honorable Joseph J. Farnan, Jr., CA 05-848 JJF